53 F.3d 1084
 66 Empl. Prac. Dec. P 43,535
 Maria-Kelley F. YNIGUEZ; Jaime P. Gutierrez, Plaintiffs-Appellees,
and
Arizonans Against Constitutional Tampering,
Intervenors-Plaintiffs-Appellees,
and
State of Arizona; Rose Mofford; Robert Corbin, et al.,
Defendants-Appellees,
v.
ARIZONANS FOR OFFICIAL ENGLISH; Robert D. Parks,
Intervenors-Defendants-Appellants.
Maria-Kelley F. YNIGUEZ, Plaintiff-Appellant,
v.
STATE OF ARIZONA; Rose Mofford; Robert Corbin, et al.,
Defendants-Appellees,
and
Arizonans For Official English; Robert D. Parks,
Intervenors-Defendants-Appellants.
Maria-Kelley F. YNIGUEZ, Plaintiff-Appellee,
v.
STATE OF ARIZONA; Rose Mofford; Robert Corbin, et al.,
Defendants-Appellants.
 Nos. 92-17087, 93-15061 and 93-15719.
 United States Court of Appeals,
Ninth Circuit.
 May 12, 1995.
 
 WALLACE, Chief Judge.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.